Drew L. Johnson  
Kathryn Tassinari  
rwood@callatg.com  
kathrynt50@comcast.net  
1700 Valley River Drive  
Eugene, OR 97401  
(541) 434-6466  
Attorneys for Plaintiff

FILED '10 MAY 13 15:50 USDC-ORP

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

STEVEN M. LINSCOTT,

        Plaintiff,

vs.

MICHAEL J. ASTRUE,  
Commissioner of Social Security  
Administration,

        Defendant.

Civil No. 09-CV-6227-JE

**ORDER FOR ATTORNEY FEES PURSUANT TO EAJA**

After considering the Stipulated Motion of the parties submitted herein, Order is hereby granted that Commissioner shall pay and mail to Plaintiff's attorney the sum of $5322.38 for full settlement of all claims for fees under EAJA.

IT IS SO ORDERED this ~~day of~~ May 13, 2010

                /s/ John Jelderks  
                U.S. ~~District~~ Judge  
                Magistrate

PRESENTED BY:

By: /s/ DREW L. JOHNSON  
     Drew L. Johnson, OSB #75200  
     Of Attorneys for Plaintiff

1 – ORDER FOR ATTORNEY FEES PURSUANT TO EAJA